AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для
Eastern District of Texas

FILED
U.S DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 24 2014

BY DAVID J. MALAND, CLERK
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Mark Hodges (1) | ) | Case No. |
| George Parr (2) | ) | 4:14MJ84 |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2014 to the present__ in the county of __Grayson__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy with the intent to manufacture and distribute 500 grams or more of a mixture containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual) |

This criminal complaint is based on these facts:
See the attached affidavit of Special Agent Joe Mata DEA

☐ Continued on the attached sheet.

*Complainant's signature*

SA Joe Mata DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/24/2014

*Judge's signature*

City and state: Sherman, Texas

Honorable Amos L. Mazzant, Magistrate Judge
*Printed name and title*